IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. DAVIDSON, INDIVIDUALLY AND AS TRUSTEE OF THE SHANAHAN FAMILY TRUST DATED 7/14/04,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARBARA A. LISK, aka BARBARA A. BRYAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:08-CV-02941-JAM-KJM<br><br>ORDER DISMISSING DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT PURSUANT TO FED. R. CIV. P. 41(a)(2) |

　　　　The stipulation between plaintiff Patricia A. Davidson and defendant Secretary of Housing and Urban Development (HUD) to dismiss HUD pursuant to Fed. R. Civ. P. 41(a)(2) is hereby APPROVED.

　　　　1. The disclaimer filed by defendant HUD on February 11, 2009, disclaiming any interest it may have in the property described in plaintiff's complaint, pursuant to section 1250.325 of the California Code of Civil Procedure, moots all causes of action in plaintiff's complaint against HUD except for the negligence claim set forth in plaintiff's seventh cause of action.

　　　　2. Plaintiff's negligence claim/seventh cause of action against defendant HUD is dismissed, without prejudice, for plaintiff's failure to present an administrative claim in accordance with 28 U.S.C. § 2675(a) of the Federal Tort Claims Act.

////

////

////

1

3. Plaintiff and defendant HUD shall each bear their own costs and attorney's fees incurred in this action.

IT IS SO ORDERED.

DATED: March 5, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge