IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. DAVIDSON, individually and as trustee of The Shanahan Family Trust dated 7/14/04,<br><br>    Plaintiff,<br><br>  v.<br><br>BARBARA A. LISK, aka BARBARA A. BRYAN, DEBBIE LEWIS, GENERATION MORTGAGE COMPANY dba CALIFORNIA REVERSE MORTGAGE COMPANY, LENDERS CHOICE TITLE COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, All Persons Unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described as 52821 Shenandoah Drive, Sacramento, California, assessors parcel #220-0121-007 adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto and DOES 1 through 50, inclusive,<br><br>    Defendant.<br>_____/ | No. Civ. 2:08-CV-02941 JAM KJM<br><br><u>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT</u> |

1

1  The instant matter before the Court is Plaintiff's motion
2  to remand action to state court pursuant to 28 U.S.C. § 1447(c).
3  Doc. # 20.  Defendants do not oppose Plaintiff's motion.  Doc. #
4  22.  Accordingly, pursuant to 28 U.S.C. § 1447(c) IT IS HEREBY
5  ORDERED that this action be remanded to state court.

    IT IS SO ORDERED.

Dated: July 2, 2009                    _____
                                       JOHN A. MENDEZ,
                                       UNITED STATES DISTRICT JUDGE